```
                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF FLORIDA
```

IN RE:
EDWIN LOUBRIEL,                        Case no. 15-19474-RBR
       Debtor(s).       /              Chapter 13

**SANTANDER CONSUMER USA INC.'S OBJECTION TO CONFIRMATION OF PLAN**

Santander Consumer USA Inc. ("Creditor"), a secured claimant, objects to the confirmation of debtors' Plan as follows:

1. On May 26, 2015, debtor filed for relief under chapter 13 of the bankruptcy code.

2. On March 30, 2012, debtor executed a contract pertaining to the purchase of a **2007 LEXUS RX350 V6 UTILITY 4D 2WD, VIN JTJGK31U070003158.** Creditor holds a lien on the vehicle.

3. The payoff balance at the time of filing was **$11,489.46.**

4. Debtor's proposed plan fails to reference the treatment of Creditor's secured claim.

5. Creditor requires updated proof of collision and comprehensive insurance.

**WHEREFORE,** Creditor respectfully requests that confirmation of the plan be denied.

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that on August 7, 2015, copies of the foregoing were transmitted via ECF to Robin R. Weiner, Trustee, and mailed to Edwin Loubriel, pro-se debtor, 1272 NW 89 Terrace, Pembroke Pines, FL 33024.

>GERARD M. KOURI, JR., P.A.
>Counsel for Creditor
>5311 King Arthur Avenue
>Davie, FL 33331
>Tel: (954)862-1731, Fax (954)862-1732
>
>             /s/ Gerard M. Kouri, Jr.
>By: _____
>    GERARD M. KOURI, JR., ESQ.
>    FBN 375969