UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 15-19474-BKC-RBR
PROCEEDING UNDER CHAPTER 13

IN RE:

EDWIN LOUBRIEL
XXX-XX-4036

DEBTOR_____/

NOTICE OF
CONTINUED 341 MEETING OF CREDITORS AND CONFIRMATION HEARING

YOU ARE HEREBY NOTIFIED that the §341 Meeting of Creditors has been continued to September 16, 2015 at 9:30 AM at the UNITED STATES FEDERAL BANKRUPTCY COURTHOUSE, 299 EAST BROWARD BOULEVARD, ROOM 411, FORT LAUDERDALE, FL 33301.

The Confirmation Hearing will be held on October 15, 2015 at 9:00 AM as originally scheduled at the UNITED STATES FEDERAL BANKRUPTCY COURTHOUSE, 299 EAST BROWARD BOULEVARD, ROOM 308, FORT LAUDERDALE, FL 33301.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Continued 341 Meeting of Creditors and Confirmation Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 18th day of August, 2015.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

NOTICE OF CONTINUED 341 MEETING OF CREDITORS
CASE NO.:  15-19474-BKC-RBR

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
EDWIN LOUBRIEL
1272 NW 89 TERR
PEMBROKE PINES, FL  33024

**THE CLERK OF COURT** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.