

**ORDERED in the Southern District of Florida on October 15, 2015.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
Broward Division

In re:

EDWIN LOUBRIEL,                                          Case No. 15-19474-BKC-RBR

       Debtor.                                             Chapter 13
_____/

**ORDER SETTING HEARING ON MOTION FOR VERIFIED**
**WRITTEN DEMAND OF TAXABLE CONTRACTS [D.E. 46]**

THIS MATTER came before the Court without a hearing on October 14, 2015, upon the *pro se*

Debtor's Motion for Verified Written Demand of Taxable Contracts [D.E. 46] (the "Motion"). After the

Court having reviewed the Motion, court file, and being otherwise duly advised, it is

**ORDERED** that a hearing on the Motion [D.E. 49] is set for <u>**November 12, 2015 at 2:30 PM**</u> at

the United States Bankruptcy Court, 299 East Broward Boulevard, Room #308, Fort Lauderdale, Florida

33301.

                               ###

*The Clerk shall furnish copies of this Order to:*
Debtors
Trustee