```
                         United States Bankruptcy Court
                           Southern District of Florida
In re:                                                      Case No. 15-19474-RBR
Edwin Loubriel                                              Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113C-0         User: banoovong            Page 1 of 1              Date Rcvd: Oct 15, 2015
                             Form ID: pdf004            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2015.
db           +Edwin Loubriel,   1272 NW 89 Terr,   Pembroke Pines, FL 33024-4637

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2015 at the address(es) listed below:
              Ashley Prager Popowitz    on behalf of Creditor   Aurora Loan Services, LLC alp@mccallaraymer.com,
               flbkecf@mccallaraymer.com
              Cynthia M Talton    on behalf of Creditor   Aurora Loan Servicing, LLC cmt@mccallaraymer.com,
               FLBKECF@mccallaraymer.com
              Gerard M Kouri Jr., Esq    on behalf of Creditor   Santander Consumer USA Inc.
               gmkouripaecf@gmail.com,   gmkouri@bellsouth.net
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com
                                                                                             TOTAL: 5



ORDERED in the Southern District of Florida on October 15, 2015.

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

In re:

EDWIN LOUBRIEL,                                                Case No. 15-19474-BKC-RBR

    Debtor.                                                         Chapter 13
_____/

### ORDER SETTING HEARING ON MOTION FOR VERIFIED WRITTEN DEMAND OF TAXABLE CONTRACTS [D.E. 46]

THIS MATTER came before the Court without a hearing on October 14, 2015, upon the *pro se* Debtor's Motion for Verified Written Demand of Taxable Contracts [D.E. 46] (the "Motion"). After the Court having reviewed the Motion, court file, and being otherwise duly advised, it is

ORDERED that a hearing on the Motion [D.E. 49] is set for **November 12, 2015 at 2:30 PM** at the United States Bankruptcy Court, 299 East Broward Boulevard, Room #308, Fort Lauderdale, Florida 33301.

###

*The Clerk shall furnish copies of this Order to:*
Debtors
Trustee