

ORDERED in the Southern District of Florida on October 19, 2015.

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                            Case No.: 15-19474-RBR
                                                                                        Chapter 13
Edwin Loubriel,

    Debtor.
_____/

**ORDER GRANTING MOTION FOR RELIEF**
**FROM STAY FILED BY AURORA LOAN SERVICES, LLC**

**THIS CASE** came on before the Court on October 15, 2015 at 1:00 p.m., upon Aurora Loan Services, LLC's Post Sale Motion for Relief from Stay [ECF. No. 29], and the Court, having reviewed the Motion and the file, for the reasons stated on the record, and being otherwise duly advised in the premises, it is ORDERED:

   1.    The Motion is granted.

   2.    The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Secured Creditor's interest in the real property located at 1272 NW 89th Terrace, Pembroke Pines, Florida 33024 (the "Property"), legally described as:

    LOT 51, BLOCK 6, WESTVIEW SECTION THREE, PART ONE, AMENDED, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 86, PAGE 42, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

    3.    The relief granted here permits Secured Creditor to seek and obtain an *in rem* judgment against the Property only and does not permit Secured Creditor to seek or obtain *in personam* relief against the Debtor.

###

**Submitted by:**
Ashley Prager Popowitz, Esq.
McCalla Raymer, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: (754) 263-1065
Fax: (754) 263-1065
Email: alp@mccallaraymer.com

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

- Edwin Loubriel, 1272 NW 89 Terr, Pembroke Pines, FL 33024
- Office of the US Trustee, USTPRegion21.MM.ECF@usdoj.gov
- Robin R. Weiner, ecf@ch13weiner.com